# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

LEE CAPATINA,

    Plaintiff,

vs.

Case No. 2:17-cv-10830

DYKEMA GOSSETT, PLLC,

Honorable Bernard A. Friedman

    Defendant.

## STIPULATED ORDER TO DISMISSAL WITH PREJUDICE

Upon the stipulation of the parties, as is evidenced by the signatures of counsel below, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that this case is dismissed, with prejudice, and without costs or fees to any party.

SO ORDERED.

Dated:  August 3, 2017        s/ Bernard A. Friedman_____
                                                 HON. BERNARD A. FRIEDMAN

STIPULATED TO BY:

| | |
|---|---|
| */s/ Travis Shackelford (w/permission)* | */s/ Lori McAllister* |
| Gary D. Nitzkin (P41155) | Lori McAllister (P39501) |
| Travis Shackelford (P68710) | DYKEMA GOSSETT PLLC |
| MICHIGAN CONSUMER CREDIT LAWYERS | Attorneys for Defendant Dykema Gossett, PLLC |
| Attorneys for Plaintiff | 201 Townsend St., Ste. 900 |
| 22142 W. Nine Mile Rd. | Lansing, MI 48933 |
| Southfield, MI 48033 | (517) 374-9100 |
| (248) 353-2882 | lmcallister@dykema.com |
| gary@micreditlawyer.com | |
| Dated: August 3, 2017 | Dated: August 3, 2017 |